**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.          (CBN: 229469)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@patelstilwell.com

Attorneys for Defendant,
    LAXMINARAYAN CORPORATION

**Strojnik Law Firm LLC**
PETER KRISTOFER STROJNIK, ESQ.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 510-9409
Email: PStrojnik@StrojnikLaw.com

Attorney for Plaintiff,
    THERRESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>    Plaintiff,<br><br>vs.<br><br>LAXMINARAYAN CORPORATION, a California corporation dba Howard Johnson Norco,<br><br>    Defendant(s). | Case No.: 5:17-CV-00822-BRO-GJS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Beverly Reid O'Connell<br>Dept.:    7C<br>Complaint Filed:    April 7, 2017<br>Trial Date:    Not Yet Set |

    The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this

action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: December 29, 2017 **PATEL | STILWELL, LLP**

*/s/ ANDREW R. STILWELL*
ANDREW R. STILWELL, ESQ.
Attorneys for Defendant,
LAXMINARAYAN CORPORATION

Dated: December 29, 2017 **STROJNIK FIRM, LLC**

*/s/ PETER KRISTOFER STROJNIK*
PETER KRISTOFER STROJNIK, ESQ.
Attorney for Plaintiff,
THERESA BROOKE

Case No.: 5:17-CV-0822-BRO-GJS
JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

- 2 -