JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No.: 5:17-CV-00822-DDP-GJS |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAXMINARAYAN CORPORATION, a California corporation dba Howard Johnson Norco, | |
| Defendant(s). | |

The Court having considered the stipulation of the parties, orders as follows:

1. The action is dismissed with prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATE: January 12, 2018

_____
JUDGE OF THE UNITED STATES DISTRICT COURT